David Laugenour
372 Florin Road #226
Sacramento, CA 95831
916-778-9524
dlog55@hotmail.com



FILED

MAY 04 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID LAUGENOUR, pro se,

    Plaintiff,

vs,

AMERICAN EXPRESS COMPANY

    Defendant.
_____/

No. 12CV 1211 KJM EFB PS

**COMPLAINT VIOLATION OF FCRA**

**PRELIMINARY STATEMENT**

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq*.

**JURISDICTION**

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

## FACTUAL ALLEGATIONS

3. On or around October 2011, Plaintiff found that after examination of his consumer credit report that Defendant American Express Company initiated a request of Plaintiff's credit report from Experian on three separate occasions on September 3, 23, and 29, 2011 without permissible purpose.

## COUNT I

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

## WILLFUL NON-COMPLIANCE BY DEFENDANT AMERICAN EXPRESS COMPANY

4. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

5. AMERICAN EXPRESS COMPANY is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

6. AMERICAN EXPRESS COMPANY willfully violated the FCRA. Defendants violations include, but are not limited to, the following:

(a) AMERICAN EXPRESS COMPANY willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $3,000 against AMERICAN EXPRESS COMPANY for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681**

**NEGLIGENT NON-COMPLIANCE BY DEFENDANT AMERICAN EXPRESS**

7. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

8. AMERICAN EXPRESS COMPANY is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

9. AMERICAN EXPRESS COMPANY negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) AMERICAN EXPRESS COMPANY negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $3,000 against AMERICAN EXPRESS COMPANY for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681o.

On September 3, 23, and 29, 2011, defendant AMERICAN EXPRESS COMPANY initiated requests of Plaintiffs consumer report from credit reporting agency Experian without permissible purpose, thus violating FCRA 15 USC §1681b(f) because at or about the time the Defendant pulled Plaintiffs consumer report, none of the specific and strictly limited circumstances granting permissible purpose under section 1681b, applied to the Defendant.  Plaintiff demands judgment for damages against AMERICAN EXPRESS

COMPANY and $6,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n (a) (3) and 15 U.S.C. §1681o (a)

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 4th day of May, 2012.

*/s/ David Laugenour*

David Laugenour